UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ISAIAH ELLIOT    Crim. No. 12-549

# PETITION FOR
# WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

1. ISAIAH ELLIOT, SBI #709814 (hereinafter the "Detainee") is now confined at the Essex County Correctional Facility.

2. The Detainee is charged in this District by: (X) Indictment  () Information  ( ) Complaint with a violation of 18 United States Code Section 922(g)(1)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, U.S. Post Office & Courthouse, Courtroom 5, before the Hon. Katharine S. Hayden, U.S. District Judge, on Tuesday, September 25, 2012, at 3:00 p.m., for an Arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 13, 2012

/s/ Andrew J. Bruck
ANDREW J. BRUCK
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 9/17/12

_(signed)_ Katharine Hayden

---

Hon. Katharine S. Hayden, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the ESSEX COUNTY JAIL:

WE COMMAND YOU that you have the body of

ISAIAH ELLIOT, SBI #709814

now confined at the Essex County Jail, brought before the Hon. Katharine S. Hayden, U.S. District Judge, at the United States District Court, in the Post Office & Courthouse at Newark, on Tuesday, September 25, 2012 at 3:00 p.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 9/17/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _(signed)_
Deputy Clerk