# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America                          Criminal # 12-549 (KSH)

    v.

Isaiah Elliot                                           **ORDER**

      The financial inability of Defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      It is on this 25th day of September , 2012

      ORDERED that David Holman, AFPD from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in the cause until further order of the Court.

                                                               /s/ Katharine S. Hayden

                                                              KATHARINE S. HAYDEN
                                                              United States District Judge